UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

AQUILES ERASMO UBILLA,

    Petitioner,

      v.                           Case No. 24-C-250

MIRLANDE FLEURANTIN,

    Respondent.

---

## ORDER APPOINTING STANDBY COUNSEL

      At the Court's request, Attorney Martin J. Pruhs of Pruhs & Donovan, S.C., has agreed to serve the Court in the interest of justice by acting as standby counsel for Respondent during the show cause hearing scheduled for April 12, 2024, in this action for the return of a child to Chile under the Hague Convention. The Court finds that such assistance is needed because Respondent does not understand English and cannot afford to retain counsel on her own. Attorney Pruhs is fluent in Spanish, a language in which Respondent is also fluent. Attorney Pruhs' assistance will help the Court make an appropriate record and ensure substantial justice is done between the parties for their benefit and that of their child. Attorney Pruhs will be reimbursed out of the Pro-Bono fund for his out-of-pocket expenses.

      The Court reminds Respondent that Attorney Pruhs is not representing her. Though he is helping her, his obligation is to the Court. He will be available to assist Respondent in presenting her case by helping her understand the applicable law and eliciting the evidence she has in support of her defense to the Petition, as well as cross-examining the Petitioner and any witnesses called by him. Providing such assistance will allow the case to proceed expeditiously for the benefit of

both the parties and the Court. In the event Respondent finds that she is able to retain adversary counsel on her own or with help from friends, she remains free to do so.

The Court expresses its sincere gratitude to Attorney Pruhs for accepting this assignment. The Court directs the clerk's office to mail a copy of this order to Respondent and Attorney Pruhs at Pruhs & Donovan, S.C., 757 North Broadway, Suite 401, Milwaukee, Wisconsin 53202 and to add Attorney Pruhs to the docket as standby counsel for Respondent.

**SO ORDERED** at Green Bay, Wisconsin this 11th day of March, 2024.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge